ISAAC KANTROWITZ and BESSIE KANTROWITZ, Respondents, v. MEYER LITWAK, Appellant.— Order denying motion to open default, and to vacate judgment thereon, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of WILLIAM LA DUE, Appellant, for a Peremptory Order of Mandamus, v. WILLIAM H. VAN KEUREN, as Commissioner of Public Safety of the City of Yonkers, and Another, Respondents.— Order denying application for peremptory order of mandamus unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

GEORGE T. KELLY, Respondent, v. UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF SCARSDALE, WESTCHESTER COUNTY, NEW YORK, Appellant.— Order denying defendant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

VERA F. LEE, Appellant, v. JOHN H. HARDY and WILEY G. OVERTON, as Executors, etc., of EDWARD S. HARDY, etc., Deceased, Appellants. NAPOLEON JOHNSTON as Executor, etc., of JOHN H. HARDY, Deceased, and Others, as Intervenors, Respondents.— Order bringing in certain persons as parties defendant affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

FRANK MARONNA and JOSEPH MARONNA, Respondents, v. ISIDOR E. SCHLESINGER, JOSEPH LANDE and HENRY J. KRINSKY, Appellants.— Order denying defendants' motion to compel a reply affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

MARION WALTER McCARTER, Respondent, v. EVERITT L. CRAWFORD and MARY B. PALMER, as Executors, etc., of AUGUSTUS G. PALMER, Deceased, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

NAMRON BUILDING COMPANY, INC., Respondent, v. FANNIE HALLBERG and WILLIAM HALLBERG, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Young, Kapper and Lazansky, JJ.

JOHN PILEGGI, Appellant, v. HENRY A. SCHAFMEISTER, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES A. TURNER, Appellant.— Judgment of conviction of the County Court of Richmond county unanimously affirmed. No opinion. Present — Rich, Jaycox, Young, Kapper and Lazansky, JJ.